UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | 1:05-cr-60-CLC-CHS |
| | ) | |
| | ) | |
| ANTHONY AUYER | ) | |

**ORDER**

Pursuant to a summons, ANTHONY AUYER ("Defendant") is scheduled to appear before U.S. District Judge Curtis L. Collier for a revocation hearing on September 14, 2016 at 2:00 p.m. in accordance with Rule 32.1 of the Federal Rules of Criminal Procedure on the Petition for a Warrant or Summons for an Offender Under Supervision ("Petition") [Doc. 309].

In connection with the revocation proceedings, Defendant submitted a signed Financial Affidavit stating he does not have the funds to retain an attorney of his choice and he requested to be represented by court appointed counsel in connection with the revocation proceedings scheduled before Judge Collier. The Court previously found Defendant qualified for appointed counsel [Doc. 242]. The issues of Defendant's finances are intertwined with the issues raised in the Petition. Under these circumstances, the Court provisionally finds that Defendant does not have the funds to retain an attorney of his choice and that he wants to be represented by counsel.

As a condition of the appointment of counsel, the Court reserves the right to require Defendant to repay the reasonable value of the services rendered by appointed counsel and any expenses in connection therewith. Accordingly, it is **ORDERED** that the following counsel will be appointed to represent Defendant in this matter:

Federal Defender Services of Eastern Tennessee, Inc.
One Central Plaza, Suite 600
835 Georgia Avenue
Chattanooga, TN 37402
Ph: 423/756-4349

SO ORDERED.

ENTER.

                                                  s/ *Susan K. Lee*
                                                  SUSAN K. LEE
                                                  UNITED STATES MAGISTRATE JUDGE

2
Case 1:05-cr-00060-CLC-CHS   Document 311   Filed 08/23/16   Page 2 of 2   PageID #: 1369